IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cr-00176-MHT |
| | ) | (WO) |
| CHRISTOPHER SHAY BARRON | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture filed on June 9, 2023.

On February 14, 2023, this court entered a preliminary order of forfeiture (Doc. 47) ordering the defendant to forfeit his interest in a Harrington and Richardson, Model Topper, 12-gauge shotgun, bearing serial number BB442507, and ten rounds of assorted ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimants are the defendant and Jerome Carpenter. The government gave the defendant notice in the indictment (Doc. 1) that it would seek the forfeiture of any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1) or 26 U.S.C. § 5861(d).

The government represents the following. On February 21, 2023, notice of this forfeiture was sent via certified mail to Jerome Carpenter at the address listed on the ATF's Firearms Trace Summary report. On February 23, 2023, the United States Postal Service left a notice of the certified mail package at the provided address, and a reminder of the package was left on February 28, 2023. On March 24, 2023, the forfeiture notice was returned to the government as being unclaimed. See Process Receipt and Return (Doc. 65). The government is unable to locate an

alternate address for Mr. Carpenter. No petition of interest has been filed. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 49 U.S.C. § 80303, and 26 U.S.C. § 5872, and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1) and 26 U.S.C. § 5861(d).

Accordingly, it is ORDERED that the government's motion for a final order of forfeiture (Doc. 66) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 49 U.S.C. § 80303, and 26 U.S.C. § 5872: **a Harrington and Richardson, Model Topper, 12-gauge shotgun, bearing serial number BB442507, and ten rounds of assorted ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 28th day of June, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE