IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:22cr176-MHT
                            )            (WO)
CHRISTOPHER SHAY BARRON     )
```

## ORDER

Based on the representation made at the status conference on February 12, 2025, that defendant Christopher Shay Barron is faring quite well, it is ORDERED that the court will not, at this time, set any future status conferences or otherwise take any further action.

DONE, this the 12th day of February, 2025.

                                             /s/ Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE