IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:22cr176-MHT
                            )            (WO)
CHRISTOPHER SHAY BARRON     )
```

ORDER

Based on the representations made in open court on July 17, 2025, and by agreement of the parties, it is ORDERED that:

(1) The revocation petition (Doc. 81 and Doc. 85), and the evidentiary hearing on the petition, are continued generally.

(2) A status conference is set for February 18, 2026, at 9:00 a.m. to discuss (A) how defendant Christopher Shay Barron is progressing under his term of supervised release, (B) when to reset the evidentiary hearing on the revocation petition (Doc. 81 and Doc. 85).  The courtroom deputy is to arrange for the status conference to be conducted by videoconference.

(3) Defendant Barron shall remain in the custody of the United States Marshal Service until a bed becomes

available at the residential reentry center, also known as Dismas Charities.  At that time, defendant Barron is to be released to the custody of the Federal Defenders for transport to Dismas Charities.  Defendant Barron shall remain at Dismas while the evidentiary hearing on his revocation petition is pending.  The court wants to see how well defendant Barron does at Dismas Charities before deciding the petition.

    DONE, this the 21st day of July, 2025.

                                              /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE