IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:22cr176-MHT
                             )            (WO)
CHRISTOPHER SHAY BARRON      )
```

AMENDED ORDER

Based on the representations made in open court on July 17, 2025, and by agreement of the parties, it is ORDERED that:

(1) The revocation petition (Doc. 81 and Doc. 85), and the evidentiary hearing on the petition, are continued generally.

(2) Pursuant to the amended judgment (Doc. 75), at 7, defendant Christopher Shay Barron "shall spend ... twelve months in a halfway house approved by the United States Probation Office." By agreement of the parties, the 12 months shall begin again upon defendant Barron's

readmission to the halfway house after entry of this order today.

(3) A status conference is set for February 18, 2026, at 9:00 a.m. to discuss (A) how defendant Barron is progressing under his term of supervised release and (B) when to reset the evidentiary hearing on the revocation petition (Doc. 81 and Doc. 85). The courtroom deputy is to arrange for the status conference to be conducted by videoconference.

(4) Defendant Barron shall remain in the custody of the United States Marshal Service until a bed becomes available at the residential reentry center, also known as Dismas Charities. At that time, defendant Barron is to be released to the custody of the Federal Defenders for transport to Dismas Charities. Defendant Barron shall remain at Dismas while the evidentiary hearing on his revocation petition is pending. The court wants to

see how well defendant Barron does at Dismas Charities before deciding the petition.

DONE, this the 22nd day of July, 2025.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE